IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOSEPH BRUMMETT et al.,**<br><br>　　**Plaintiffs,**<br><br>　vs.<br><br>**GIRLS GALORE, INC., et al.,**<br><br>　　**Defendants.** | ~~Civil Action No. 1:14-CV-04033-AT~~ |
| **ALBERT BARNES,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**GIRLS GALORE, INC., et al.,**<br><br>　　**Defendants.** | Civil Action No. 1:14-cv-03946-SCJ |
| **ROBERT CASEY ,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**GIRLS GALORE, INC., et al.,**<br><br>　　**Defendants.** | Civil Action No. 1:16-cv-04590-SCJ |

1

## ORDER

Pending before the Court is the Joint Application for Approval of the Parties' Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiffs' Complaints include claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute.  Accordingly, the Parties' Joint Application is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.*

IT IS SO ORDERED, this __30th__ day of August, 2017

                                           s/Steve C. Jones

                                           Judge, United States District Court

*This Order approves settlement in civil actions 1:14-cv-3946-SCJ and 1:16-cv-4590-SCJ only.  The motion for approval of settlement as to civil action 1:14-cv-4033-AT will be decided by the Honorable Amy Totenberg.